UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| FREDERIC GREEN,<br><br>                Plaintiff,<br>   v.<br>MICHAEL MINEV, *et al.*,<br><br>                Defendants. | Case No. 2:19-cv-01889-GMN-BNW<br><br>ORDER |

       In its January 10, 2020 order, the Court ordered Plaintiff to file any reply to Defendants' response to Plaintiff's motion for preliminary injunction within seven days of the response. (ECF No. 4 at 2). Defendants filed their response on January 31, 2020. (ECF No. 6). Plaintiff has filed a motion for an extension of time of ten days to file his reply, stating that more time is necessary to make copies and conduct legal research. (ECF No. 7 at 2). The Court notes that Plaintiff sought a preliminary injunction on grounds of urgency and further notes that it appears that little, if any, legal research is necessary to reply to the response and that any response should focus on facts. The Court will nevertheless grant Plaintiff a <u>one-time</u> extension of ten days to file his reply. The Court is unlikely to look favorably upon any further requests for extension of time.

/ / /

/ / /

1

For the foregoing reasons, IT IS ORDERED that the motion for extension of time (ECF No. 7) is granted. Plaintiff shall file his reply no later than February 17, 2020.

DATED: 2/11/2020

_____
UNITED STATES MAGISTRATE JUDGE