UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| FREDERIC GREEN,<br><br>　　　　　　　Plaintiff,<br><br>　v.<br><br>MICHAEL MINEV, *et al.*,<br><br>　　　　　　　Defendants. | Case No. 2:19-cv-01889-GMN-BNW<br><br>**ORDER** |

**I.　DISCUSSION**

On May 27, 2020, Plaintiff submitted an application to proceed *in forma pauperis* by a non-prisoner. (ECF No. 17). Plaintiff's application is incomplete. Because Plaintiff did not sign the application, the Court cannot consider it.

Accordingly, the Court denies Plaintiff's application to proceed *in forma pauperis* by a non-prisoner (ECF No. 17) without prejudice because the application is incomplete. The Court will grant Plaintiff a **one-time extension** to file a <u>fully complete</u> application to proceed *in forma pauperis* by a non-prisoner on or before **July 27, 2020**. Alternatively, Plaintiff may choose not to file an application to proceed *in forma pauperis* by a non-prisoner and instead pay the full filing fee of $400 to proceed with this case.

**II.　CONCLUSION**

For the foregoing reasons, IT IS ORDERED that Plaintiff's application to proceed *in forma pauperis* by a non-prisoner (ECF No. 17) is denied without prejudice to file a new fully complete application to proceed *in forma pauperis* by a non-prisoner.

IT IS FURTHER ORDERED that the Clerk of the Court SHALL SEND Plaintiff the approved form application to proceed *in forma pauperis* by a non-prisoner, as well as the document entitled information and instructions for filing an *in forma pauperis* application.

IT IS FURTHER ORDERED that on or before **July 27, 2020**, Plaintiff shall either: (1) file a fully complete application to proceed *in forma pauperis* by a non-prisoner; or (2) pay the full filing fee of $400 to proceed with this case.

IT IS FURTHER ORDERED that if Plaintiff does not timely comply with this order, dismissal of this action may result.

DATED: __ June 23, 2020 _____

_____
UNITED STATES MAGISTRATE JUDGE