# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| FREDERIC GREEN,<br><br>                Plaintiff,<br><br>   v.<br><br>MICHAEL MINEV, *et al.*,<br><br>                Defendant(s). | Case No. 2:19-cv-01889-GMN-BNW<br><br>**AMENDED ORDER SETTING INMATE EARLY MEDIATION** |

The Court previously issued an order establishing the requirements for the inmate early mediation in this case. ECF No. 26. That order continues to govern the inmate early mediation except as **MODIFIED** as follows:

- All participants will attend the mediation by video;
- Plaintiff must give the court written notification of his email address and telephone number within thirty (30) days from the date of this order;
- Plaintiff shall scan his mediation brief, along with any exhibits, and email it to InmateMediationBrief@nvd.uscourts.gov. If Plaintiff lacks the ability to scan and email his mediation brief, it may be mailed in an envelope clearly marked "Confidential, Contains Mediation Statement" to: Office of the Clerk, Attn: Sharon Hardin, Inmate Mediation Department, 333 Las Vegas Boulevard, South, Las Vegas, Nevada 89101. The mediation brief must be received by the court **no later than 4:00 p.m., on January 22, 2021**; and

- At a future date, Ms. Hardin will provide instructions for the parties to join the mediation by video.

**IT IS SO ORDERED.**

**DATED** this 3rd day of November 2020.

_____
BRENDA N. WEKSLER
UNITED STATES MAGISTRATE JUDGE

2