UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| FREDERIC GREEN,<br><br>　　　　　　　Plaintiff,<br>　v.<br>MICHAEL MINEV, *et al.*,<br><br>　　　　　　　Defendants. | Case No. 2:19-cv-01889-GMN-BNW<br><br>ORDER |

## I.　DISCUSSION

In its October 28, 2020 Screening Order, the Court stayed this action so the parties could participate in a mediation session. (ECF No. 24 at 7). A mediation was scheduled for February 5, 2021. (ECF No. 26.) However, the parties were unable to take part in a mediation session on that date and another mediation session will be scheduled. (ECF No. 30).

Defendants have now filed a motion to extend the stay in this case. (ECF No. 31). That motion is granted. The stay shall remain in effect until after the mediation and until the Court lifts the stay. During this stay period and until the Court lifts the stay, no other pleadings or papers may be filed in this case, and the parties may not engage in any discovery, nor are the parties required to respond to any paper filed in violation of the stay unless specifically ordered by the court to do so. Within two days of the mediation, the

1

Office of the Attorney General shall file the status report form that was attached to the Screening Order, even if a stipulation for dismissal is entered prior to that date.

## II. CONCLUSION

For the foregoing reasons, IT IS ORDERED that the motion for extension of the stay (ECF No. 31) is granted. The stay shall remain in effect until after the mediation and until the Court lifts the stay.

IT IS FURTHER ORDERED that until the Court lifts the stay, no other pleadings or papers may be filed in this case, and the parties may not engage in any discovery, nor are the parties required to respond to any paper filed in violation of the stay unless specifically ordered by the court to do so. Within two days of the mediation, the Office of the Attorney General shall file the report form that was attached to the Screening Order, even if a stipulation for dismissal is entered prior to that date.

DATED February 16, 2021.

_____
UNITED STATES MAGISTRATE JUDGE