AARON D. FORD
  Attorney General
LAURA M. GINN (Bar No. 8085)
Deputy Attorney General
State of Nevada
100 N. Carson Street
Carson City, NV  89701-4717
Tel: (775) 684-1120
E-mail:  LGinn@ag.nv.gov

*Attorneys for Gregory Bryan, Gregory Martin,
and Bob Faulkner*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| FREDERIC GREEN, | Case No. 2:19-cv-01889-GMN-BNW |
| Plaintiff, | |
| v. | **MOTION FOR EXCEPTION** |
| DR. MICHAEL MINEV, *et al.*, | |
| Defendants. | |

Defendants Gregory Bryan, Gregory Martin, and Bob Faulkner, by and through counsel, Aaron D. Ford, Attorney General for the State of Nevada, and Laura M. Ginn, Deputy Attorney General, hereby file a Motion for Exception to the Order Scheduling Settlement Conference. ECF No. 54.

### MEMORANDUM OF POINTS AND AUTHORITIES

Under LR IB 1-7 (b), a magistrate judge is authorized to preside over settlement conferences in civil cases. This Court Ordered the parties be present at the Settlement Conference on February 18, 2022. Defendants request an exception and request to appear by telephone because they do not have settlement authority. Upon information and belief, Dr. Martin and Director of Nursing Faulkner are working on February 18, 2022, and Dr. Bryan has personal commitments.  The State of Nevada Tort Claims Manager and the Nevada Department of Corrections Representative have settlement authority and will be present. Defendants Bryan, Martin, and Faulkner have given Undersigned Counsel phone numbers where each can be reached, if necessary, on February 18, 2022.

1       Therefore, Defendants request an exception to being present at the settlement

2   conference on February 18, 2022.

3       DATED this 10th day of February, 2022.

4                              AARON D. FORD
                            Attorney General

5

6                              By:    */s/ Laura M. Ginn*
                                  Laura M. Ginn (Bar No. 8085)

7                                     Deputy Attorney General

8                              *Attorneys for Defendants*

9                       **ORDER**

10                  **IT IS SO ORDERED**

11                  **DATED:** 8:09 am, February 11, 2022

12

13

14                  **BRENDA WEKSLER**
                **UNITED STATES MAGISTRATE JUDGE**

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**CERTIFICATE OF SERVICE**

I certify that I am an employee of the State of Nevada, Office of the Attorney General, and that on February 10th, 2022, I electronically filed the foregoing, **MOTION FOR EXCEPTION,** via this Court's electronic filing system. Parties who are registered with this Court's electronic filing system will be served electronically. For those parties not registered, service was made by depositing a copy for mailing in the United States Mail, first-class postage prepaid, at Carson City, Nevada, addressed to the following:

Frederic Green
5001 Glittering Star Court
Las Vegas, Nevada  89130-7233
*Plaintiff, Pro Se*


 */s/ Karen Easton*
An employee of the
Office of the Nevada Attorney General